UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>MASTERCRAFT CONSTRUCTION SERVICES, LLC; RANDAL YOUNGQUIST; and JESSIE YOUNGQUIST,<br><br>    Defendants. | No. 2:21-cv-00562-RSL-TLF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL DEFENDANTS** |

## **STIPULATION**

Plaintiff Developers Surety and Indemnity, Defendant Mastercraft Construction Services, LLC, and Defendants Randal Youngquist and Jessie Youngquist, by and through their attorneys of record, hereby stipulate and agree to the dismissal of all claims between them, with prejudice and without fees or costs awarded against any party.

//

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL OF ALL
DEFENDANTS - 1
CASE NO. 2:21-cv-00562-RSL-TLF

LEGAL\56479816\1

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

1
2     Dated this 23rd day of February, 2022.          Dated this 23rd day of February, 2022.
3     COZEN O'CONNOR                                   HARPER HAYES PLLC
4     By: */s/ William F. Knowles*                     By: */s/ Thomas M. Williams*
          William F. Knowles, WSBA No. 17212               Charles K. Davis, WSBA No. 38231
5         999 Third Avenue, Suite 1900                     Thomas M. Williams, WSBA No. 47654
          Seattle, Washington 98104                        600 University, Suite 2420
6         Telephone: 206.340.1000                          Seattle, Washington 98101
          Toll Free Phone: 800.423.1950                    Phone:  (206) 340-8010
7         Facsimile: 206.621.8783                          Fax:  (206) 260-2852
8         Email:  wknowles@cozen.com                       Email:    cdavis@harperhayes.com
                                                                     twilliams@harperhayes.com
9     *Attorney for Plaintiff*                         *Attorney for Defendant Mastercraft*
                                                       *Construction Services, LLC*
10
11    Dated this 23rd day of February, 2022.
12    KELLER ROHRBACK LLP
13    By: */s/Ian S. Birk*
          Ian S. Birk, WSBA No. 31431
14        1201 Third Avenue, Suite 3200
          Seattle, Washington 98101
15        Phone:  (206) 623-1900
          Fax:  (206) 623-3384
16        Email:  ibirk@kellerrohrback.com
17
18    *Attorneys for Defendants Randal Youngquist*
      *and Jessie Youngquist*
19
20
21
22
23
24
25
26

STIPULATION AND ORDER FOR DISMISSAL OF ALL
DEFENDANTS - 2
CASE NO. 2:21-cv-00562-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\56479816\1

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Stipulation of the above-referenced parties, and the Court having reviewed the Stipulation and finding good cause, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims between Plaintiff and Defendants are hereby dismissed in their entirety with prejudice and without fees or costs against any party.

Dated this 24th day of February, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER FOR DISMISSAL OF ALL DEFENDANTS - 3
CASE NO. 2:21-cv-00562-RSL-TLF

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
999 THIRD AVENUE
SUITE 1900
SEATTLE, WASHINGTON 98104
(206) 340-1000

LEGAL\56479816\1